IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 SEP 30 AM 9: 13
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE HOWARD, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:21-CV-781-LY |
| V. | § | |
| | § | |
| AMERIFIRST FINANCIAL, INC. AND | § | |
| HELEN ROBINSON, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support filed September 10, 2021, 2021 (Doc. #5). Plaintiff's First Amended Complaint was filed September 24, 2021 (Doc. #13). In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support filed September 10, 2021, 2021 (Doc. #5) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _____ day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE