FILED
21 OCT -6 PM 3:34
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GEORGE HOWARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:21-cv-00781-LY |
| § | |
| AMERIFIRST FINANCIAL, INC. AND § | |
| HELEN ROBINSON, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF REMAND

On this date came on for consideration Plaintiff's Motion to Remand and the related Stipulation Relating to Remand filed jointly by the Parties. Having considered the Motion, and the fact that it is unopposed, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that this case is remanded to the 345th Judicial District Court of Travis County, Texas.

All costs shall be taxed against the party incurring same.

SIGNED this 6th day of October, 2021.

_____
HONORABLE JUDGE LEE YEAKEL